UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| MICHAEL DAVID FIELDS, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 2:17-CV-00115-RLJ-CRW |
| JAMES HOLLOWAY, | ) | |
| Respondent. | ) | |

## **O R D E R**

In accordance with the accompanying memorandum opinion, Petitioner's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 [Doc. 2] is **DENIED**, and this action is **DISMISSED.** The Clerk is **DIRECTED** to close the civil file.

Also, for the reasons set forth in the accompanying memorandum opinion, a COA will **NOT ISSUE**. Therefore, Petitioner is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 2253; Rule 22(b) of the Federal Rules of Appellate Procedure.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
 s/ John Medearis
 CLERK OF COURT